# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR149 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| KAREN L. GAGNER, | ) ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Defendant's oral motion for an order of restitution to facilitate the collection of restitution payments prior to the sentencing hearing. The Court, being duly advised, finds that the motion should be and hereby is granted.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court, for the District of Nebraska, 111 S 18th Plaza, Suite #1152, Omaha, NE 68102 accept $36,816.30 in restitution until further order from the court.

DATED this  9th   day of December, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge